**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In Re : ) | Case No. 26-50614 |
| Edith M. Gustafson ) | Chapter 13 Bankruptcy |
| Debtor(s) ) | August 24, 2026 |

**MOTION FOR CONTINUATION OF THE AUTOMATIC STAY**

In accordance with 11 U.S.C. §362 (c)(3), the Debtor hereby seeks an Order of this Court imposing the Automatic Stay based upon the following facts:

1. The Debtor previously filed a Chapter 13 Bankruptcy case pro se on August 5, 2025 (Doc I.D. No. 1). Said case was dismissed on September 23, 2025 (Doc I.D. No. 15) prior to confirmation on the Judge's Order to Show Cause. The Debtor obtained counsel for the show cause hearing and at the Order to Show Cause hearing, the Debtor did not have an objection to the dismissal. The Debtor was also involved in a summary process action which in part caused her to file that case.

2. The Debtor filed this case to save her home and represents that her situation has improved as follows since the last case as stated in the attached Affidavit. The changes are as follows:
   a) The Debtor now has an attorney to assist with the Chapter 13 case.
   b) The Debtor has been living with her daughter and son in law in that the condo was being renovated to make the unit handicap accessible. The work was stopped because of the foreclosure. Said renovations are 90% complete.
   c) The Debtor and Debtor's husband both receive social security and her husband also receives a pension. Said income totals $5,432.00 per month.

3. The Debtor is requesting to continue the stay against ALL CREDITORS. Said stay will allow the Debtor to reorganize her debt without the pressure of dealing with other actions that may be brought if the stay is not in place.

4. As a result, she has sufficient income to fund the plan and pay household expenses.

Based upon the foregoing, the Debtors prays this Court find that by clear and convincing evidence, that this case has been filed in good faith.

Dated at Middlebury, Connecticut this 8th day of September, 2026.

THE DEBTOR(S)

BY: ______________________

George C. Tzepos, Esquire
Law Offices of George C. Tzepos
444 Middlebury Road
Middlebury, Connecticut 06762
(203) 598-0520
zepseven@sbcglobal.net
Bar No. ct00580